# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0181

VERSUS

RICHARD B. LAY

**JUNE 1, 2026**

---

In Re:   Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 11-CR5-112033.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

    **WRIT DENIED.** Relator has not pointed to any specific ruling of the district court for this court to consider.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT